UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO. 03-12473REK

JOHN SYLVA, Administrator of the Estate of
CHARLES SYLVA,
    Plaintiff,

v.

CITY OF QUINCY, MICHAEL O'BRIEN,
GERRY NICHOLS, JAMES BORDEN,
KEVIN TOBIN, ROBERT CROWLEY,
and JOHN KELLY,
    Defendants.

## NOTICE OF APPEARANCE

Kindly enter my appearance for the defendants in the above matter.

_____
James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON &
COSTELLO, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, James W. Simpson, Jr., do certify that on the 6th day of February 2004, I served the foregoing on all parties of record.

_____
James W. Simpson, Jr.,