UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN -8  P 12: 30   CA NO. 03-12473REK

JOHN SYLVA, Administrator of the Estate of
CHARLES SYLVA,
    Plaintiff,

v.

CITY OF QUINCY, MICHAEL O'BRIEN,
GERRY NICHOLS, JAMES BORDEN,
KEVIN TOBIN, ROBERT CROWLEY,
and JOHN KELLY,
    Defendants.

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties have conferred and state as follows:

1.     **Joint Discovery Plan and Motion Schedule:**

   The parties propose the following pre-trial schedule:

   (a)     Automatic document disclosure to be completed on or before July 1, 2004.

   (b)     Written discovery requests are to be filed by September 30, 2004, and answers\responses are to be according to applicable FRCP;

   (c)     All depositions are to be completed by January 30, 2005, except for depositions of expert witnesses as set forth in (e);

   (d)     The plaintiff's trial experts are to be designated by February 1, 2005, and defendants' expert witnesses are to be designated 30 days after plaintiff discloses said expert(s) as contemplated by FRCP, Rule 26(b)(4)(A)(I);

expert depositions are to be completed by March 30, 2004;

(e) Discovery is to be completed by January 31, 2005,, unless shortened or enlarged by Order of this court;

(g) Motions for summary judgment, are to be filed by March 31, 2005, and responses are to be filed twenty days thereafter pursuant to Local Rule 7.1, and all filings must conform to the requirements of L.R. 56.1;

(h) A final pre-trial conference will be held in April 2005.

2. Defendants intend to take approximately five (5) depositions during the discovery period. Plaintiff intends to take approximately five (5) depositions during discovery period.

3. Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

4. The parties agree to proceed before a Magistrate Judge of this Honorable Court.

Plaintiff, by his attorneys,

_/s/ Stephen B. Hrones_

Stephen B. Hrones, Esq.,
Hrones & Garrity
Lewis Wharf, Bay 232
Boston, MA 02110

Defendants, by their attorneys,

_/s/_

Douglas I. Louison, BBO#545191
James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch St.
Boston, MA 02110
(617) 439-0305