UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CA NO. 03-12473MBB   JUN -8  P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN SYLVA, Administrator of the Estate of
CHARLES SYLVA,
    Plaintiff,

v.

CITY OF QUINCY, MICHAEL O'BRIEN,
GERRY NICHOLS, JAMES BORDEN,
KEVIN TOBIN, ROBERT CROWLEY,
and JOHN KELLY,
    Defendants.

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Gerry Nichols, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,

_____
Gerry Nichols

Defendant, by his attorney,

_____
Douglas I. Louison (BBO# 545191)
MERRICK, LOUISON & COSTELLO, LLP
67 Batterymarch Street
Boston, MA 02110