# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

JOHN SYLVA,

    Plaintiff,

v.

THE CITY OF QUINCY, ET AL,

    Defendants.

CA. NO.03-12473-MBB

## *NOTICE*

June 22, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:00 p.m., Thursday, July 8, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    /s/
    **MARIANNE B. BOWLER**
    Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**