UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SYLVA, Administrator of the Estate of CHARLES SYLVA,<br>　　Plaintiff,<br><br>v.<br><br>THE CITY OF QUINCY, MICHAEL O'BRIEN, GERRY NICHOLS, JAMES BORDEN, KEVIN TOBIN, ROBERT CROWLEY, and JOHN KELLEY,<br>　　Defendants, | C.A. NO. 03-12473-MBB<br><br>**COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)** |

　　In accordance with Local Rule 16.1(d)(3), the undersigned counsel as an authorized representative of Plaintiff John Sylva, Administrator of the Estate of Charles Sylva, certify that counsel and parties have conferred with a view to establishing a budget for the costs of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.1(D)(3).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　The Plaintiff John Sylva, Administrator
　　　　　　　　　　　　　　　　　　　　of the Estate of Charles Sylva,
　　　　　　　　　　　　　　　　　　　　By his attorneys,


//S//John Sylva　　　　　　　　　　　//S//Stephen Hrones
John Sylva, Administrator of the　　　Stephen Hrones (BBO No. 242860)
Estate of Charles Sylva　　　　　　　HRONES & GARRITY
　　　　　　　　　　　　　　　　　　Lewis Wharf-Bay 232
　　　　　　　　　　　　　　　　　　Boston, MA 02110-3927
　　　　　　　　　　　　　　　　　　T)617/227-4019

**CERTIFICATE OF SERVICE**

 I, Stephen Hrones, hereby certify that on this 24th day of June, 2004, I served one true and correct copy of the plaintiff's COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3) by United States First-Class Mail, postage prepaid, where unable to do so electronically, as follows, :  Douglas I Louison, Esq., James W Simpson, Jr., Esq., MERRICK LOUISON & COSTELLO, 67 Batterymarch St, Boston, MA 02110.

           //S//Stephen Hrones
           Stephen Hrones