UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN SYLVA, Administrator of the | ) | C.A. NO. 03-12473-REK |
| Estate of CHARLES SYLVA, | ) | |
|     Plaintiff | ) | |
| | ) | **PLAINTIFF JOHN SYLVA'S** |
| v. | ) | **ASSENTED-TO MOTION TO** |
| | ) | **CONTINUE STATUS CONFERENCE** |
| THE CITY OF QUINCY, MICHAEL | ) | **HEARING** |
| O'BRIEN, GERRY NICHOLS, JAMES | ) | |
| BORDEN, KEVIN TOBIN, ROBERT | ) | |
| CROWLEY, and JOHN KELLEY, | ) | |
|     Defendants, | ) | |

Now comes the Plaintiff John Sylva, Administrator of the Estate of Charles Sylva, in the above-captioned proceeding, and respectfully requests that this Honorable Court continue the status conference hearing from today, February 3, 2005, to Tuesday, March 8, 2005. As grounds therefor, plaintiff states that his attorney, Stephen Hrones, was held over in the Lawrence District in the matter of *Commonwealth v. David Thistle,* Criminal Case No. 0418CR7185, and therefore unable to return to Boston in time for the *Sylva* hearing; that attorney Hrones will be out of the country from February 21 through March 4, 2005; and, that James W Simpson, Jr., counsel to the defendants, assents to this Motion.

Respectfully submitted,
The Plaintiff John Sylva, Administrator
of the Estate of Charles Sylva ,
By his attorneys,

//S//Stephen Hrones
Stephen Hrones (BBO No. 242860)
HRONES GARRITY & HEDGES LLP
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Stephen Hrones, hereby certify that, on February 3, 2005, our office legal assistant Adryann M Strauss, spoke with James W Simpson, Jr., counsel to the defendants, and informed him of my intent to file the instant Motion.   Attorney Simpson assented to the filing of this Motion.

//S//Stephen Hrones
Stephen Hrones

### CERTIFICATE OF SERVICE

I, Stephen Hrones, hereby certify that on this 3rd day of February, 2005, I served one true and correct copy of the foregoing PLAINTIFF JOHN SYLVA'S ASSENTED-MOTION TO CONTINUE STATUS CONFERENCE HEARING, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Douglas I Louison, Esq., James W Simpson, Jr., Esq., MERRICK LOUISON & COSTELLO, 67 Batterymarch St, Boston, MA 02110.

//S//Stephen Hrones
Stephen Hrones