UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JOHN SYLVA, Administrator of the ) C.A. NO. 03-12473-REK
Estate of CHARLES SYLVA, )
     Plaintiff )
  ) **PLAINTIFF JOHN SYLVA'S**
v. ) **ASSENTED-TO MOTION TO**
  ) **ENLARGE TIME TO FILE**
THE CITY OF QUINCY, MICHAEL ) **HIS OPPOSITION TO THE**
O'BRIEN, GERRY NICHOLS, JAMES ) **DEFENDANTS' MOTION FOR**
BORDEN, KEVIN TOBIN, ROBERT ) **SUMMARY JUDGMENT**
CROWLEY, and JOHN KELLEY, )
     Defendants, )
_____)

     Now comes the Plaintiff John Sylva, Administrator of the Estate of Charles Sylva, in the

above-captioned proceeding, and respectfully requests that this Honorable Court enlarge the time

in which he must file his Opposition to the defendants' Motion for Summary Judgment until May

31, 2005. As grounds therefor, Plaintiff states that his attorneys, Stephen Hrones and Jessica D

Hedges, have heavy trial and appellate schedules and that they need more time to properly

prepare an opposition; that this is the Plaintiff's first request for an enlargement of time; and, that

James W Simpson, Jr., counsel to the defendants, assents to this Motion.

                     Respectfully submitted,
                     The Plaintiff John Sylva, Administrator
                     of the Estate of Charles Sylva ,
                     By his attorneys,


                     //S//Jessica D Hedges_____
                     Stephen Hrones (BBO No. 242860)
                     Jessica D Hedges (BBO No. 645847)
                     HRONES GARRITY & HEDGES LLP
                     Lewis Wharf-Bay 232
                     Boston, MA 02110-3927
                     T)617/227-4019

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Jessica D Hedges, hereby certify that, on April 21, 2005, I spoke with James W

Simpson, Jr., counsel to the defendants, and informed him of my intent to file the instant Motion.

Attorney Simpson assented to the filing of this Motion.

//S//Jessica D Hedges
Jessica D Hedges

### CERTIFICATE OF SERVICE

I, Jessica D Hedges, hereby certify that on this 22nd day of April, 2005, I served one true and correct copy of the foregoing PLAINTIFF JOHN SYLVA'S ASSENTED-MOTION TO ENLARGE TIME TO FILE HIS OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Douglas I Louison, Esq., James W Simpson, Jr., Esq., MERRICK LOUISON & COSTELLO, 67 Batterymarch St, Boston, MA 02110.

//S//Jessica D Hedges
Jessica D Hedges