UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____<br>JOHN SYLVA, Administrator of the )<br>Estate of CHARLES SYLVA, )<br>     Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF QUINCY, MICHAEL )<br>O'BRIEN, GERRY NICHOLS, JAMES )<br>BORDEN, KEVIN TOBIN, ROBERT )<br>CROWLEY, and JOHN KELLEY, )<br>     Defendants. )<br>_____) | C.A. NO. 03-12473-REK |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the District Court and are available in paper form only:

1.    Exhibit "A" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment.

2.    Exhibit "B" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment.

3.    Exhibit "C" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment

4.    Exhibit "D" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment.

5.    Exhibit "E" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment.

1

6.      Exhibit "F" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment.

7.      Exhibit "G" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment.

8.      Exhibit "H" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment.

9.      Exhibit "I" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment.

10.     Exhibit "J" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment.

11.     Exhibit "K" to the Plaintiff Sylva's L.R. 56.1 Statement of Facts for his Opposition to the Defendants' Motion for Summary Judgment.

> Respectfully submitted,
> The Plaintiff John Sylva, Administrator
> of the Estate of Charles Sylva,
> By his attorneys,
>
> //S//Stephen Hrones          _
> Stephen Hrones (BBO No. 242860)
> Jessica D Hedges (BBO No. 567431)
> HRONES GARRITY & HEDGES LLP
> Lewis Wharf-Bay 232
> Boston, MA 02110-3927
> T) 617/227-4019

**CERTIFICATE OF SERVICE**

I, Jessica D Hedges, hereby certify that on this 1st day of June, 2005, I served one true and correct copy of the foregoing PLAINTIFF'S NOTICE OF FILING, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows:  Douglas I Louison, Esq., James W Simpson, Jr., Esq., MERRICK LOUISON & COSTELLO, 67 Batterymarch St, Boston, MA 02110.

> //S//Jessica D Hedges
> Jessica D Hedges