UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SYLVA, Administrator of the Estate of CHARLES SYLVA,<br>     Plaintiff<br><br>v.<br><br>THE CITY OF QUINCY, MICHAEL O'BRIEN, GERRY NICHOLS, JAMES BORDEN, KEVIN TOBIN, ROBERT CROWLEY, and JOHN KELLEY,<br>     Defendants, | )  C.A. NO. 03-12473-REK<br>)<br>)<br>) **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Please enter my appearance as co-counsel to the Plaintiff, John Sylva, Administrator of the Estate of Charles Sylva, in the above-captioned proceeding.

> Respectfully submitted,
> The Plaintiff John Sylva, Administrator
> of the Estate of Charles Sylva,
> By his attorneys,
>
>
> //S//Jessica D Hedges_____
> Jessica D Hedges (BBO No. 645847)
> HRONES GARRITY & HEDGES LLP
> Lewis Wharf-Bay 232
> Boston, MA 02110-3927
> T)617/227-4019

**CERTIFICATE OF SERVICE**

I, Jessica D Hedges, hereby certify that on this 28th day of June, 2005, I served one true and correct copy of the foregoing NOTICE OF APPEARANCE, where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows:  Douglas I Louison, Esq., James W Simpson, Jr., Esq., MERRICK LOUISON & COSTELLO, 67 Batterymarch St, Boston, MA 02110.

> //S//Jessica D Hedges_____
> Jessica D Hedges