UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SYLVA, Administrator of the Estate of CHARLES SYLVA,<br>    Plaintiff,<br><br>v.<br><br>THE CITY OF QUINCY, MICHAEL O'BRIEN, GERRY NICHOLS, JAMES BORDEN, KEVIN TOBIN, ROBERT CROWLEY, and JOHN KELLEY,<br>    Defendants. | C.A. NO. 03-12473-REK |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael Tumposky as co-counsel for the Plaintiff in the above-entitled action.

Respectfully Submitted,

//S// Michael Tumposky
Michael Tumposky
BBO No. 660618
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T) (617) 227-4019

**CERTIFICATE OF SERVICE**

I hereby certify, on this the 8th day of August, 2005, that I have caused to be served a copy of this document, where unable to do electronically, by first class mail, on all counsel of record in this matter.

//S// Michael Tumposky
Michael Tumposky