UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN SYLVA, Administrator of the Estate of CHARLES SYLVA,<br>    Plaintiff<br>v.<br><br>THE CITY OF QUINCY, MICHAEL O'BRIEN, GERRY NICHOLS, JAMES BORDEN, KEVIN TOBIN, ROBERT CROWLEY, and JOHN KELLEY,<br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 03-12473-REK |

## JOINT
## MOTION TO CONTINUE TRIAL

Now come the parties in the above captioned matter and respectfully move this Honorable Court to continue the trial date by two months -- from December 5, 2005 to any date between February 5, 2005 and February 17, 2005, or any date thereafter. As grounds plaintiff provides the following:

1. The parties have agreed to mediate this matter and have requested to be referred to mediation by Rebecca Tyler of the ADR program.
2. The parties have agreed upon a mediator, Dennis Calcagno, but do not anticipate that he will be available between now and the scheduled trial date.
3. A short continuance is necessary to fully and adequately explore the possibility of settlement.
4. Plaintiff's counsel is scheduled to go to trial in the matter of *Joseph v. Iapicca, et. al*, 04-cv-1421 on January 9, 2005.
5. Plaintiff's counsel and defendants' counsel are scheduled to go to trial in the matter of *Pimentel v. McKensie*, C.A. No. 02-11620-MEL during the week of January 16, 2005. This may be a two week trial.
6. Plaintiff's counsel is scheduled to go to trial in the matter of *Carroll v. City of Quincy*, C.A. NO. 03-10317 on February 20, 2005. This also may be a two week trial.

1

7. This is the first continuance the parties have sought in this matter.

WHEREFORE, the plaintiff respectfully requests that this Honorable Court continue the trial date from December 5, 2005 to any date between February 5, 2005 and February 17, 2005, or any date thereafter.

        Respectfully submitted,
        The Plaintiff John Sylva
        By his attorneys,

        _____
        Jessica D. Hedges (BBO No. 645847)
        HRONES, GARRITY & HEDGES
        Lewis Wharf–Bay 232
        Boston, MA 02110
        617/227-4019

        Defendants,
        by their attorney,

        _____

        Jim Simpson, Jr. (BBO No. 634344)
        MERRICK, LOUISON & COSTELLO
        67 Batterymarch St, Boston, MA 02110

## CERTIFICATE OF SERVICE

      I, Jessica D. Hedges, hereby certify that on this _____ day of November., 2005, I served a true and correct copy of the foregoing JOINT MOTION TO CONTINUE TRIAL, electronically to: James W Simpson, Jr., Esq., MERRICK, LOUISON & COSTELLO, 67 Batterymarch St, Boston, MA 02110.

                                                     _____

                                                   Jessica D. Hedges