UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SYLVA, Administrator of the Estate of CHARLES SYLVA,<br>　　　Plaintiff<br>v.<br><br>THE CITY OF QUINCY, MICHAEL O'BRIEN, GERRY NICHOLS, JAMES BORDEN, KEVIN TOBIN, ROBERT CROWLEY, and JOHN KELLEY,<br>　　　Defendants, | 03-12473-MB |

**JOINT
REQUEST FOR REFERRAL TO MEDIATION**

Now come the parties in the above captioned matter and respectfully request that this matter be referred to the ADR program for mediation. The parties have agreed to attempt settlement in this case, and would benefit from the assistance of a mediator. The parties have agreed upon a mediator from the ADR program, Dennis Calcagno, and have contacted Rebecca Tyler of the ADR program to inquire about his availability.

WHEREFORE, the plaintiff respectfully requests that this Honorable Court refer this case for mediation through the ADR program.

1

        Respectfully submitted,
        The Plaintiff John Sylva
        By his attorneys,


        //s// Jessica Hedges
        Jessica D. Hedges (BBO No. 645847)
        HRONES, GARRITY & HEDGES
        Lewis Wharf–Bay 232
        Boston, MA 02110
        617/227-4019

        Defendants,
        by their attorney,

        //s//Jim Simpson

        Jim Simpson, Jr. (BBO No. 634344)
        MERRICK, LOUISON & COSTELLO
        67 Batterymarch St, Boston, MA 02110


## CERTIFICATE OF SERVICE

I, Jessica D. Hedges, hereby certify that on this 9th day of November., 2005, I served a true and correct copy of the foregoing JOINT REQUEST TO BE REFERRED TO MEDIATION, electronically to: James W Simpson, Jr., Esq., MERRICK, LOUISON & COSTELLO, 67 Batterymarch St, Boston, MA 02110.

        //s// Jessica Hedges

        Jessica D. Hedges