UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Sylva, et al.
　　　　　　　　Plaintiff(s)

V.                    CIVIL CASE NO. 03-12473-MBB

City of Quincy, et al.
　　　　　　　　Defendant(s)

## NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for:

　a Settlement Conference　 on 　March 15, 2006　 at 　10:00　 A.M. before Magistrate Judge 　Marianne B. Bowler　 in Courtroom # 　25　.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential settlement briefs are required to be submitted to the court via facsimile at (617) 204-5833 at least 48 hours prior to the hearing.

　　　　　　　　　　　　　　　　　　SARAH A. THORNTON,
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　2/13/2006　　　　　　　　　　　　By: /s/ Marc K. Duffy
　　Date　　　　　　　　　　　　　　　　Deputy Clerk

(SETTLE NOTICE (Sylva).wpd - 3/7/2005)