UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO. 03-12473 MBB

**JOHN SYLVA, Administrator of the Estate of**
**CHARLES SYLVA,**
    **Plaintiff,**

v.

**CITY OF QUINCY, MICHAEL O'BRIEN,**
**GERRY NICHOLS, JAMES BORDEN,**
**KEVIN TOBIN, ROBERT CROWLEY,**
**and JOHN KELLY,**
    **Defendants.**

## MOTION TO CONTINUE TRIAL DATE

Now comes the defendants through their counsel and moves to continue the trial date scheduled for June 19, 2006. As grounds therefor, the defendants state that their counsel, Douglas I. Louison has been called to trial in Norfolk Superior Court in the matter of <u>Cahill v. Bristol County, et. al.</u>, 02-1998, on that same date. The defendants further rely on the affidavit of counsel in support of said motion.

Wherefor, the defendants respectfully request that the Court re-schedule the trial date to a date convenient for the Court and the respective out of state expert witnesses for both parties.

    The defendants,
    By their attorneys,

    /s/ Douglas I. Louison
    Douglas I. Louison BBO# 545191
    James W. Simpson, Jr. BBO#634344
    Merrick, Louison & Costello, LLP.
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)

The undersigned certifies that he with plaintiff's counsel and attempted in good faith to resolve or narrow the issues presented in this motion.

    /s/ Douglas I. Louison
    Douglas I. Louison

## **CERTIFICATE OF SERVICE**

      I, Douglas I. Louison, hereby certify that on the 31st day of May, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Stephen B. Hrones, Esq.**, Hrones & Garrity, Lewis Wharf Bay 232, Boston, MA 02110

                                                   /s/ Douglas I. Louison
                                                   Douglas I. Louison