UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO. 03-12473MBB

**JOHN SYLVA, Administrator of the Estate of**
**CHARLES SYLVA,**
    Plaintiff,

v.

**CITY OF QUINCY, MICHAEL O'BRIEN,**
**GERRY NICHOLS, JAMES BORDEN,**
**KEVIN TOBIN, ROBERT CROWLEY,**
**and JOHN KELLY,**
    Defendants.

## AFFIDAVIT OF DOUGLAS I. LOUISON

I, Douglas I. Louison, do hereby swear and depose the following:

1. I am defense counsel of record in the captioned matter.

2. The trial is presently scheduled to commence on June 19, 2006 before the Honorable Bowler, MJ.

3. I am the defendants' counsel of record in the action entitled Brian Cahill v. Bristol County, et al Norfolk Superior Court CA No. 02-1998 presently pending in the Norfolk Superior Court. That matter is presently scheduled to commence jury trial in the civil session on June 19, 2006 as well. The defendants in conjunction with the co-defendant and plaintiff's counsel have moved to continue the trial pending in Norfolk Superior Court which was denied by the Court, Donovan, J. Subsequently, the parties moved for reconsideration of the motion to continue which was also denied.

4. On information and belief, it is my understanding that the Cahill Trial will actually go forward on or close to the June 19, 2006 scheduled trial date.

5. Accordingly, I will not be able to appear in the United States District Court on behalf of the defendants in the captioned matter.

6. As a result of my trial conflicts, I am moving in the United States District Court to continue and reschedule the trial presently set for June 19, 2006.

7. No prejudice will enure to the parties by the Court's allowance of the defendants' motion to continue the trial date.

Signed under the pains and penalties of perjury, this 31st day of May, 2006

                                                            /s/ Douglas I. Louison
                                                            Douglas I. Louison

Case 1:03-cv-12473-MBB   Document 35   Filed 05/31/2006   Page 2 of 2