UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SYLVA, Administrator of the  ) | C.A. NO. 03-12473-REK |
| Estate of CHARLES SYLVA,          ) | |
|     Plaintiff ) | |
| ) | **PLAINTIFF'S OPPOSITION TO** |
| v.                                ) | **MOTION TO CONTUINUE TRIAL DATE** |
| THE CITY OF QUINCY, MICHAEL       ) | |
| O'BRIEN, GERRY NICHOLS, JAMES     ) | |
| BORDEN, KEVIN TOBIN, ROBERT       ) | |
| CROWLEY, and JOHN KELLEY,         ) | |
|     Defendants ) | |
| ) | |

Now comes the Plaintiff and moves to oppose Defense's Motion to Continue the Trial Date in the above-captioned case.

As grounds, Plaintiff states the following:

1) The Complaint in this matter was filed in December, 2003;

2) The trial date was originally set for December 5, 2005 but was continued to June 19, 2006, the current trial date;

3) Plaintiff has retained two experts in this case, Melvin Tucker and Dr. Michael Baden. These experts have set aside time in their schedule for the June 19, 2006 trial date;

4) The Sylva Family, including eight siblings, has made arrangements to be present during the trial, as currently scheduled.

      For the foregoing reasons, Plaintiffs respectfully request that this Court deny the Motion to Continue Trial.

Dated:  June 1, 2006                                         Respectfully submitted,
                                                                The Plaintiff Administrator of the
                                                                Estate of Charles Sylva ,
                                                                By his attorneys,

                                                                _____//S// JESSICA HEDGES_____
                                                                Stephen Hrones (BBO No. 242860)
                                                                Jessica Hedges (BBO No. 645847)
                                                                HRONES & GARRITY
                                                                Lewis Wharf-Bay 232
                                                                Boston, MA 02110-3927
                                                                T) 617/227-4019