UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO. 03-12473MBB

JOHN SYLVA, Administrator of the Estate of
CHARLES SYLVA,
    Plaintiff,

v.

CITY OF QUINCY, MICHAEL O'BRIEN,
GERRY NICHOLS, JAMES BORDEN,
KEVIN TOBIN, ROBERT CROWLEY,
and JOHN KELLY,
    Defendants.

## DEFENDANTS' REQUEST FOR JURY VOIR DIRE

1. Is there anyone on the jury who would be influenced by the fact that the defendants are police officers?

2. Is there anyone on the jury who feels he/she cannot sit as an impartial juror because the case involves the actions of police officers?

3. Does anyone on the jury believe that they or members of their family or their friends or acquaintances have been unreasonably treated by police officers?

4. Has anyone on the jury or members of their family or their friends or acquaintances been arrested before?

5. Is there any member of the jury panel who is or has been a police officer, or worked in a police department, or whose relative or friend is or has been a police officer or worked in a police department?

6. Is there any member of the jury panel, their family or their friends or acquaintances that has brought a lawsuit against a police officer, a municipality, a municipal board or an agency?

7. Is there any member of the jury panel who now or has in the past resided in the City of Quincy?

8. Is there any member of the jury panel, their family or their friends or acquaintances that has alleged that they have been a victim of civil rights violations?

9. Is there any member of the jury panel, their family or their friends or acquaintances that has alleged that they have been a victim of discrimination?

10. Has anyone on the jury or members of their family or their friends or acquaintances read or heard about this case in newspapers, radio, television or other media source?

11. Is there any member of the jury panel, their family or their friends or acquaintances that belongs to any organization that promotes civil rights?

        The defendants,
By their attorneys,

/s/ James W. Simpson, Jr.
Douglas I. Louison BBO# 545191
James W. Simpson, Jr. BBO# 634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305