UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE U.S. MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies,

and to: WARDEN, MCI NORFOLK

YOU ARE COMMANDED to have the body of ___Michael Galvin___, now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, One Courthouse Way, Courtroom No. __25__, on the __7th__ floor, Boston, Massachusetts on __June 20 and 21, 2006__, at __9:00 AM__ for the purpose of: __Trial witness testimony__ in the case of: __John Sylva__ v. __City of Quincy__, CA Number __03-12473-MBB__.

And you are to retain the body of said __Michael Galvin__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Michael Galvin__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __13th__ day of __June, 2006__.

_Marianne B. Bowler, U.S.M.J._
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON
CLERK OF COURT

By: _[signature]_
Deputy Clerk

(HABEAS CORPUS (Gavin).wpd - 3/7/2005)