UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO. 03-12473REK

JOHN SYLVA, Administrator of the Estate of
CHARLES SYLVA,
    Plaintiff,

v.

CITY OF QUINCY, MICHAEL O'BRIEN,
GERRY NICHOLS, JAMES BORDEN,
KEVIN TOBIN, ROBERT CROWLEY,
and JOHN KELLY,
    Defendants.

## AFFIDAVIT IN SUPPORT OF MOTION FOR "CORI" RECORD

I, Douglas I. Louison, hereby swear and depose the following:

1. I am an attorney at law licensed to practice in the Commonwealth of Massachusetts with offices at 67 Batterymarch Street, Boston, Massachusetts.

2. I represent the defendants in the above action.

3. I have requested "CORI" information on the witness, Michael Glavin. I will use the "CORI" for trial strategy or trial witness impeachment purposes only.

4. I will not otherwise disclose the "CORI" to unauthorized persons as required by Massachusetts General Law Chapter 6, Sections 167-178 and 803 C.M.R. 1 - 6.03.

Signed under the pains and penalties of perjury this 15th day of June, 2006.

                        /s/ Douglas I. Louison
                        Douglas I. Louison, Esquire