UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SYLVA, Administrator of the Estate of CHARLES SYLVA,<br>　　Plaintiff<br><br>v.<br><br>THE CITY OF QUINCY, MICHAEL O'BRIEN, GERRY NICHOLS, JAMES BORDEN, KEVIN TOBIN, ROBERT CROWLEY, and JOHN KELLEY,<br>　　Defendants | C.A. NO. 03-12473-REK |

## MOTION IN LIMINE REGARDING PRIOR ARRESTS

Now comes the Plaintiff, John Sylva, and hereby moves this Court, in limine, to prohibit the Defendants' counsel from mentioning, or introducing into evidence, and to order Defendants' counsel to instruct its witnesses not to mention any prior arrests of the Plaintiff which did not result in his detention at the Quincy jail, except the 12/6/2000 arrest in Brockton during which he was hospitalized.  As grounds therefore, the Plaintiff states the following:

1. The arrests of the Plaintiff which resulted in his detention at the Quincy jail are relevant only to the issue of notice and the Defendants' knowledge of the Plaintiff's mental illnesses and erratic behavior.

2. All other arrests do not tend to prove or disprove any element of the claims or defenses, and, as such, are irrelevant.  See Fed. R. Civ. P. 401.

3.  Any marginal relevance of this evidence is clearly outweighed by its prejudicial effect.

   See Fed. R. Civ. P. 403.

Dated: June 15, 2006

Respectfully submitted,
Plaintiff John Sylva
By his attorneys,

  //S// STEPHEN HRONES
  //S// JESSICA HEDGES
 //S// MICHAEL TUMPOSKY
Stephen Hrones
BBO No. 242860
Jessica D. Hedges
BBO No. 645847
Michael Tumposky
BBO No. 660618
Hrones, Garrity & Hedges, LLP
Lewis Wharf – Bay 232
Boston, MA 02110-3927
(617) 227-4019

## CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that, on this the 15th day of June, 2006, I have caused to be served a copy of the foregoing, where unable to do electronically, by first-class mail to all counsel of record in this matter.

_____
Michael Tumposky