UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO. 03-12473MBB

JOHN SYLVA, Administrator of the Estate of
CHARLES SYLVA,
    Plaintiff,

v.

CITY OF QUINCY, MICHAEL O'BRIEN,
GERRY NICHOLS, JAMES BORDEN,
KEVIN TOBIN, ROBERT CROWLEY,
and JOHN KELLY,
    Defendants.

## DEFENDANTS' SUPPLEMENTAL TRIAL MEMORANDUM

The defendants submit the following as their supplemental trial memorandum.

X.   WITNESSES

    1.   Kathy Sacchetti, EMT, Quincy, MA, witness.

    2.   Michael Madden, EMT, Quincy, MA, witness.

XI.   EXHIBITS

The defendants intend to offer the following additional exhibits at trial.

    c.   Arrest and Booking Sheet from December 17, 2000 of Charles Sylva.

    d.   Handwritten cell check log from December 17, 2000.

    e.   Quincy Police Department General Order #91-63, Cell Block, Holding Facility.

Counsel for Defendants,

/s/ James W. Simpson, Jr.
James W. Simpson, Jr.
Douglas I. Louison
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA
(617) 439-0305
BBO# 634344