UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SYLVA, Administrator of the Estate of CHARLES SYLVA,<br>　　　Plaintiff,<br><br>v.<br><br>THE CITY OF QUINCY, MICHAEL O'BRIEN, GERRY NICHOLS, JAMES BORDEN, KEVIN TOBIN, ROBERT CROWLEY, and JOHN KELLEY,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 03-12473-REK |

**MOTION TO PRECLUDE DEFENDANTS' EXPERT**

Now comes the Plaintiff, John Sylva, and hereby moves this Court to preclude the Defendants' expert from testifying at trial. As grounds therefore, the Plaintiff states the following:

1. The Plaintiff produced his experts' final reports in October, 2005.

2. The pre-trial conference in this matter was held on June 12, 2006. At that time, the Court instructed counsel for the Defendants to produce their expert report by noon the following day.

3. To date, the Defendants have not produced their expert report.

4. Federal Rule of Civil Procedure 26(a)(2)(C) states that expert "disclosures shall be made at the times and in the sequence directed by the court. In the absence of other directions from the court or stipulation by the parties, the disclosures shall be made at least 90 days before the trial date or the date the case is to be ready for trial…" Fed. R. Civ. P. 26. These "disclosures" include the identity of the expert and the expert's report. Id.

5. Local Rule 16.5(c) requires that the "disclosure regarding experts required by Fed. R. Civ. P. 26(a)(2) shall be made at least 90 days before the final pretrial conference. D. Mass. L.R. 16.5.

6. This timeline for disclosure ensures that, at the pre-trial conference, a judge can make rulings on the admissibility of expert witnesses, including "precluding the appearance of expert witnesses not timely identified." D. Mass. L.R. 26.4.

>Respectfully submitted,
>Plaintiff John Sylva
>By his attorneys,
>
>//s// Michael Tumposky
>Stephen Hrones
>BBO No. 242860
>Jessica D. Hedges
>BBO No. 645847
>Michael Tumposky
>BBO No. 660618
>Hrones, Garrity & Hedges, LLP
>Lewis Wharf – Bay 232
>Boston, MA 02110-3927
>(617) 227-4019

**CERTIFICATE OF SERVICE**

I, Michael Tumposky, hereby certify that, on this the 16th day of June, 2006, I have caused to be served a copy of the foregoing, where unable to do electronically, by first-class mail to all counsel of record in this matter.

>//s// Michael Tumposky
>Michael Tumposky