UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO. 03-12473REK

**JOHN SYLVA, Administrator of the Estate of
CHARLES SYLVA,**
      Plaintiff,

v.

**CITY OF QUINCY, MICHAEL O'BRIEN,
GERRY NICHOLS, JAMES BORDEN,
KEVIN TOBIN, ROBERT CROWLEY,
and JOHN KELLY,**
      Defendants.

## DEFENDANTS' MOTION FOR AN ORDER GRANTING ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION CONCERNING THE WITNESS, STEVEN SYLVA

The defendants move this Court for an Order allowing them to obtain from the State Correctional Agencies, Criminal Offender Record Information ("CORI") relating to the witness, **Steven Sylva,** d.o.b. _____; Social Security Number _____.

The defendants submit that they should be allowed access to "CORI" information to determine what information exists relating to the witness, Steven Sylva's criminal record in order to prepare an adequate cross-examination of the witness and to test the credibility of the witness' testimony in the above matter.

Attorneys of record have been certified as a class of persons entitled to access to "CORI" and, absent a Court Order, the State agencies in control of "CORI" will not release the requested information. A prepared form of Order has been attached.

The defendants,
By their Attorneys,

 /s/ Douglas I. Louison
Douglas I. Louison, BBO#545191
James W. Simpson, Jr. BBO#634344
MERRICK , LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 16th day of June, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to all parties of record.

 /s/ Douglas I. Louison
Douglas I. Louison