UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO. 03-12473REK

**JOHN SYLVA, Administrator of the Estate of
CHARLES SYLVA,**
 **Plaintiff,**

v.

**CITY OF QUINCY, MICHAEL O'BRIEN,
GERRY NICHOLS, JAMES BORDEN,
KEVIN TOBIN, ROBERT CROWLEY,
and JOHN KELLY,**
 **Defendants.**

**ORDER**

 Defendants' Motion for an Order granting access to criminal offender record information concerning the witness, Steven Sylva, is hereby allowed.

 Any State agency possessing criminal offender record information concerning the witness, Steven Sylva, d.o.b. _____ ; Social Security Number _____ shall release the information to Attorney Douglas I. Louison or his appointed agent upon presentation of this Order.

                By the Court:

                _____

                DATE:_____