UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN SYLVA, Administrator of the | ) | C.A. NO. 03-12473-REK |
| Estate of CHARLES SYLVA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF QUINCY, MICHAEL | ) | |
| O'BRIEN, GERRY NICHOLS, JAMES | ) | |
| BORDEN, KEVIN TOBIN, ROBERT | ) | |
| CROWLEY, and JOHN KELLEY, | ) | |
|     Defendants. | ) | |

**PLAINTIFF'S SUPPLEMENTAL PRE-TRIAL MEMORANDUM**

Now comes the Plaintiff, John Sylva, and hereby supplements his pre-trial

memorandum:

10. Witnesses

    1.  Joseph Brooks
        387 Plymouth Street
        Middleborough, MA 02346

11. Exhibits

    1.  Standard Property List for Charles Sylva, Office of the Medical Examiner.

    2.  Crime Scene Service Section, Massachusetts State Police (including reports, jail cell photographs and autopsy photographs).

    3.  Norfolk County District Attorney's Office criminal case file (including clothing, handcuffs, reports, photographs).

Respectfully submitted,
Plaintiff John Sylva
By his attorneys,

//s// Michael Tumposky
Stephen Hrones
BBO No. 242860

Jessica D. Hedges
BBO No. 645847
Michael Tumposky
BBO No. 660618
Hrones, Garrity & Hedges, LLP
Lewis Wharf – Bay 232
Boston, MA 02110-3927
(617) 227-4019

## CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that, on this the 16th day of June, 2006, I have caused to be served a copy of the foregoing, where unable to do electronically, by first-class mail to all counsel of record in this matter.

//s// Michael Tumposky
Michael Tumposky