## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### WRIT OF HABEAS CORPUS

**TO THE U.S. MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: WARDEN, MCI NORFOLK

YOU ARE COMMANDED to have the body of __Michael Gavin__, now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, One Courthouse Way, Courtroom No. __25__, on the __7th__ floor, Boston, Massachusetts on __June 22, 2006__, at __9:00 AM__ for the purpose of: __Trial witness testimony__ in the case of: __John Sylva__ v. __City of Quincy__, CA Number __03-12473-MBB__.

And you are to retain the body of said __Michael Gavin__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Michael Gavin__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __21st__ day of __June, 2006__.

_Marianne B. Bowler USMJ_
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON
CLERK OF COURT

By: _Mare K. Duffy, Esq._
Deputy Clerk

(HABEAS CORPUS (Gavin).wpd - 3/7/2005)