AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

John Sylva
V.
City of Quincy, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 03-12473-MBB

| PRESIDING JUDGE U.S.M.J. Marianne B. Bowler | | | PLAINTIFF'S ATTORNEY Hrones, Hedges | | DEFENDANT'S ATTORNEY Louison, Simpson |
|---|---|---|---|---|---|
| TRIAL DATE (S) 6/19/2006-6/ | | | COURT REPORTER Marcia Patrisso | | COURTROOM DEPUTY Marc Duffy |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 6/20/06 | | | Witness: Quincy Police Officer Michael O'Brien called by Pltf. |
| 1 | | " | X | X | Report of Officer O'Brien, dated 12/17/00, 1 Page |
| 2 | | " | X | X | Handcuffs*not in file due to size* |
| 3 | | " | X | X | Picture of jail cell, single 3x5 photo |
| | A | " | X | X | Picture of jail cell, single 3x5 photo |
| | B | " | X | X | Picture of jail cell, single 3x5 photo |
| | C | " | X | X | Log of cell checks, dated 12/17/00, 1 Page |
| | D | " | X | X | Quincy P.D. Booking Sheet, dated 12/17/00, 1 Page |
| | | " | | | Witness: Quincy Firefighter John Malvesti called by Pltf. |
| 4 | | " | X | X | Handwritten report of John Malvesti, dated 12/17/00, 1 Page |
| | | " | | | Witness: Quincy Firefighter Kenneth Kocerha called by Pltf. |
| 5 | | " | X | X | Handwritten report of Kenneth Kocerha, dated 12/17/00, 1 Page |
| | | " | | | Witness: Quincy Firefighter John Coughlin called by Pltf. |
| 6 | | " | X | X | Handwritten report of John Coughlin, dated 12/17/00, 1 Page |
| | | " | | | Witness: Steven Kidney called by the Pltf. |
| | | 6/21/06 | | | Witness: Ret. Quincy Police Officer Gerard Nichol called by Pltf. |
| | E | " | X | X | Narrative report of Gerard Nichol, dated 12/17/00, 2 Pages |
| 7 | | " | X | X | Picture of jail cell, single 3x5 photo |
| 8 | | " | X | X | Picture of jail cell, single 3x5 photo |
| | | " | | | Witness: Quincy Police Lt. Kevin Tobin called by the Pltf. |
| 9 | | " | X | X | Time sheet for cell checks, multiple dates, 1 Page |
| 10 | | " | X | X | Picture of jail cell toilet and sink, single 3x5 photo |
| 11 | | " | X | X | Picture of jail cell toilet, single 3x5 photo |

| # | | Date | | | Description |
|---|---|---|---|---|---|
| 12 | | " | X | X | Picture of jail cell floor and wall, single 3x5 photo |
| 13 | | " | X | X | Quincy P.D. General Order 91-63, Amended date 2/11/92, 10 Pages |
| | | 6/22/06 | | | Witness: Quincy Police Lt. Kevin Tobin called by the Pltf. |
| | | " | | | Witness: Michael Gavin called by the Pltf. |
| | | " | | | Witness: Dr. Michael Baden called by the Pltf. |
| 14 | | " | X | X | Picture of autopsy, top of head, single 3x5 photo |
| 15 | | " | X | X | Picture of autopsy, lower body, single 3x5 photo |
| 16 | | " | X | X | Picture of pre-autopsy, face, single 3x5 photo |
| 17 | | " | X | X | Picture of pre-autopsy, right wrist, single 3x5 photo |
| 18 | | " | X | X | Picture of pre-autopsy, right wrist, single 3x5 photo |
| 19 | | " | X | X | Picture of pre-autopsy, left wrist, single 3x5 photo |
| 20 | | " | X | X | CV of Dr. Michael Baden, 21 Pages |
| | F | " | X | X | Office of the Chief Medical Examiner Report, dated 12/17/00, 10 Pages |
| | G | " | X | X | Office of the Chief Medical Examiner Report, dated 12/17/00, 1 Page |
| | | 6/23/06 | | | Witness: Trooper Diane Lilly called by the Pltf. |
| 21 | | " | X | X | Shirt*not in file due to size* |
| 22 | | " | X | X | Drawing of cell dimensions, 1 Page |
| 23 | | " | X | X | Drawing of cell toilet, 1 Page |
| 24 | | " | X | X | Drawing of cell block, 1 Page |
| 25 | | " | X | X | Drawing of block and booking area, 1 Page |
| 26 | | " | X | X | Drawing of block and restraint bar, 1 Page |
| 27 | | " | X | X | Picture of booking area and restraint bar, single 3x5 photo |
| 28 | | " | X | X | Picture of cell door, single 3x5 photo |
| 29 | | " | X | X | Drawing of cell, 1 Page |
| 30 | | " | X | X | Picture of handcuffs, single 3x5 photo |
| | H | " | X | X | Pictures of Building, series of 11 3x5 photos |
| | | | | | Witness: Melvin Tucker called by the Pltf. |
| | | 6/26/06 | | | Witness: John Sylva called by the Pltf. |
| 31 | | " | X | X | Picture of Building, single 5x8 photo |
| 32 | | " | X | X | Picture of Building, back entrance, single 5x8 photo |
| 33 | | " | X | X | Picture of Building, single 5x8 photo |
| 34 | | " | X | X | Picture of Fire Station, single 3x5 photo |
| 35 | | " | X | X | Picture of Charles Sylva and girlfriend, single 5x8 photo |
| 36 | | " | X | X | Picture of Sylva children, single 5x8 photo |

| 37 |   | "  | X | X | Picture of Sylva boys, single 2x4 photo |
|    | I | "  | X | X | Quincy Police Arrest Report, dated 12/17/00, 2 Pages |
|    | J | "  | X | X | Mass. State Police report, dated 12/20/00, 1 Page |
|    |   |    |   |   | Witness: Kathy Sacchetti called by the Pltf. |
| 38 |   | "  | X | X | Report of Fallon Ambulance Service, dated 12/17/00, 1 Page |
|    |   | "  |   |   | Witness: Mary Keane called by the Pltf. |