UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN SYLVA, Administrator of
the Estate of CHARLES SYLVA,
    Plaintiff,

v.

CIVIL ACTION NO.
03-12473-MBB

MICHAEL O'BRIEN, GERRY NICHOL
and KEVIN TOBIN,
    Defendants.

## VERDICT FORM

I. **Section 1983 Claim**

    1. DO YOU FIND THAT THE PLAINTIFF HAS ESTABLISHED, BY A PREPONDERANCE OF THE EVIDENCE, THAT OFFICER O'BRIEN, NICHOL OR TOBIN ACTED WITH "DELIBERATE INDIFFERENCE," AS I HAVE DEFINED THAT TERM IN THE GENERAL INSTRUCTIONS, TO THE CONSTITUTIONAL RIGHTS OF CHARLES SYLVA ON DECEMBER 17, 2000?

Answer "yes" or "no" as to each defendant:

OFFICER NICHOL:    No    (yes or no)

OFFICER O'BRIEN:    No    (yes or no)

OFFICER TOBIN:    No    (yes or no)

    If you answered no with respect to all three defendants, proceed no further.

    2. WAS THE DELIBERATE INDIFFERENCE ON THE PART OF OFFICERS

O'BRIEN, NICHOL OR TOBIN A CAUSE IN FACT AND A PROXIMATE CAUSE OF THE DEATH OF CHARLES SYLVA?

Answer "yes" or "no" as to each defendant:

OFFICER NICHOL:     \_\_\_\_\_ (yes or no)

OFFICER O'BRIEN:    \_\_\_\_\_ (yes or no)

OFFICER TOBIN:      \_\_\_\_\_ (yes or no)

Proceed to answer the next question only if you answered yes with respect to one or more defendants in question two.

II. Damages

3. REFERRING TO MY INSTRUCTIONS ON DAMAGES, WHAT AMOUNT OF COMPENSATORY DAMAGES, IF ANY, DO YOU CHOOSE TO AWARD THE PLAINTIFF WITH RESPECT TO EACH CATEGORY OF DAMAGES?

Answer in dollars and cents.

_____ :   FOR THE FAIR MONETARY VALUE OF THE DECEDENT TO HIS NEXT OF KIN;

_____ :   FOR THE PAIN AND SUFFERING, IF ANY, EXPERIENCED BY CHARLES SILVA PRIOR TO HIS DEATH.

If you entered a dollar amount in answer to question three, please proceed to the next question.

4.  DO YOU CHOOSE, IN YOUR DISCRETION, TO AWARD THE PLAINTIFF PREJUDGMENT INTEREST TO THE PRESENT ON ANY PAST DAMAGES THAT YOU AWARDED IN ANSWER TO QUESTION THREE?

ANSWER: _____ (yes or no).

Proceed to answer the next question if you answered question four yes. Otherwise, do not answer the remaining question.

5.  WHAT IS THE RATE OF PREJUDGMENT INTEREST WHICH YOU FIND APPLIES TO THE AMOUNT LISTED IN QUESTION FIVE?

Answer: _____% (not to exceed 12%)

_____
FOREPERSON OF THE JURY

DATE: 6/28/06