UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN SYLVA, Administrator of
the Estate of CHARLES SYLVA,
    Plaintiff,

  v.

CIVIL ACTION NO.
03-12473-MBB

THE CITY OF QUINCY, MICHAEL O'BRIEN,
GERRY NICHOL, JAMES BORDEN, KEVIN TOBIN,
ROBERT CROWLEY and JOHN KELLY,
    Defendants.

## FINAL JUDGMENT

**June 30, 2006**

**BOWLER, U.S.M.J.**

    In accordance with the rulings made by this court, the issues duly heard and decisions rendered as well as the jury verdict rendered on June 28, 2006, and the issues having been duly tried,

    It is **ORDERED** and **ADJUDGED** that plaintiff John Sylva, Administrator of the Estate of Charles Sylva, take nothing, that this action be dismissed on the merits, and that defendants recover of plaintiff their costs under Rule 54(d)(1), Fed. R. Civ. P.

                            /s/ Marianne B. Bowler
                            **MARIANNE B. BOWLER**
                            United States Magistrate Judge